## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

JOSEPH D. LANE, *pro se,* and
JENNIFER L. LANE, *pro se,*

    Plaintiffs,

v.                                              Case No: 8:13-cv-1271-T-30AEP

QUICKEN LOANS INC. and
JOHN DOES,

    Defendants.

---

## ORDER OF DISMISSAL

THIS CAUSE comes before the Court sua sponte. An Order was entered on June 12, 2013 (Dkt. #6) which dismissed the Complaint and gave the Plaintiffs twenty (20) days in which to file an Amended Complaint. The deadline for filing an Amended Complaint has passed. As the Plaintiffs have failed to diligently prosecute the above-styled action pursuant to Local Rule 3.10(a), it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed without prejudice.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 10th day of July, 2013.

*/s/ James S. Moody, Jr.*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record                      S:\Odd\2013\13-cv-1271 dismissal.docx